No. 79–6219. NELSON v. STATE ACCIDENT INSURANCE FUND. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 79–6290. DUPRIS v. UNITED STATES. C. A. 8th Cir. Motion of Cheyenne River Sioux Tribe of Cheyenne River Reservation for leave to file a brief as *amicus curiae* granted. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States District Court for the District of South Dakota (Central Division) to consider the question of mootness.

No. A–946. BLUM, COMMISSIONER OF NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES v. CALDWELL ET AL. Application to stay injunction of the United States District Court for the Northern District of New York, entered December 3, 1979, addressed to MR. JUSTICE STEVENS and referred to the Court, denied.

No. 79–1457. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, LOCAL 1969, ET AL. v. BISE ET AL. C. A. 9th Cir.; and

No. 79–1617. DEPARTMENT OF TRANSPORTATION OF OKLAHOMA v. PILE. Sup. Ct. Okla. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.